**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 597-9100
Jonathan I. Rabinowitz
*Attorneys for Plaintiff*

| | |
|---|---|
| In re:<br>AMERICA'S INSURANCE CENTER, INC.,<br><br>Debtor.<br><br>JOHN SYWILOK, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>MARC B. LEVY, MBL BENEFITS CONSULTING CORPORATION, and OLENDER FELDMAN, LLP,<br><br>Defendants. | Case No. 16-26161 (JKS)<br><br>Chapter 7<br><br>Judge: John K. Sherwood<br><br>Adv. Pro No.: |

John Sywilok, Chapter 7 Trustee (the "Trustee" or "Plaintiff") of the bankruptcy estate of America's Insurance Center, Inc. (the "Debtor"), by and through his counsel Rabinowitz, Lubetkin & Tully, LLC, by way of Complaint against Marc B. Levy ("Levy"), MBL Benefits Consulting Corporation ("MBL Benefits"), and Olender Feldman, LLP ("Olender" and together with Levy and MBL Benefits, the "Defendants") shows and alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this proceeding in accordance with 28 U.S.C. §§ 157 and 1334(b). Venue is properly laid in this district pursuant to 28 U.S.C. § 1409(a).

2. This proceeding is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), (H) and (O). The applicable statutory basis for the claims asserted herein includes, but is not limited to, 11 U.S.C. §§ 544, 548 550, and 502.