**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey NJ 07039
(973) 597-9100
jrabinowitz@rltlawfirm.com
Jonathan I. Rabinowitz
*Attorneys for Plaintiff*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>AMERICA'S INSURANCE CENTER, INC.,<br><br>Debtor. | Case No. 16-26161 (JKS)<br><br>Chapter 7 |
| JOHN SYWILOK, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>MARC B. LEVY, MBL BENEFITS<br>CONSULTING CORPORATION, and<br>OLENDER FELDMAN, LLP,<br><br>Defendants. | Adv. Pro No. 18-1449 (JKS)<br><br>Judge: John K. Sherwood, U.S.B.J. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above captioned action, by and through their respective counsel, hereby

stipulate and agree that this action be and hereby is dismissed with prejudice and without costs as

to all parties.

**RABINOWITZ, LUBETKIN & TULLY, LLC**
*Attorneys for Chapter 7 Trustee*

By:＿＿/s/ Jonathan I. Rabinowitz＿＿＿＿
＿＿＿＿＿Jonathan I. Rabinowitz
Dated:  November 18, 2021

**TRENK ISABEL P.C.**
*Attorneys for Defendants Marc B. Levy and MBL Benefits Consulting Corp.*

By:＿＿/s/ Richard D. Trenk＿＿＿＿＿＿
＿＿＿＿＿Richard D. Trenk
Dated:  November 18, 2021

**OLENDERFELDMAN LLP**
*Attorneys for Defendant OlenderFeldman LLP*

By:＿＿/s/ Michael Feldman＿＿＿＿
＿＿＿＿＿Michael Feldman
Dated:  November 18, 2021

2